IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIAWAN BRITTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 1:19-cv-02905-LMM |
| SHELDON & DOROTHY COHEN ) | |
| FAMILY INVESTMENTS LLLP, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Tiawan Britton, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice, and without an award of fees or costs to either party.

Dated: October 29, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306

Tel: (404) 365-4460  
Fax: (855) 415-2480  
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on October 29, 2019, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be delivered via electronic mail to the following:

Sheldon and Dorothy Cohen Family Investments LLLP  
c/o Bruce R. Cohen, as General Partner  
P.O. Box 2586  
Decatur, Georgia 30031-2586  
bruce@visionpropertiesinc.com

/s/Craig J. Ehrlich  
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich  
Craig J. Ehrlich